IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02654-BNB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

UNITED STATES,
MARIE BAILEY,
WUERLICH,
'CHUCK' TURNER,
W. WILLIAMSON,
C. CHESTER,
W. HAYWOOD,
W. MONTOMERY,
ROBERT A. HOOD, and
CLIFF YOUNG,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 6, 2005, Plaintiff filed a "Pltf's Motion for Clarification of Magistrate's Order of 12/29/2005." In the Motion, Plaintiff asks that the Court clarify what is meant by "deficiency." In the December 29, 2005, Order, Plaintiff was directed to correct the Complaint. Plaintiff failed to list in "Section A. Parties" all of the named Defendants listed in the caption of the Complaint. Therefore, Plaintiff was directed to cure this deficiency by submitting a corrected Complaint form to the Court and include all named Defendants in Section A. Parties that are listed in the caption on Page One of the Complaint form.

    Plaintiff was instructed that if he fails to comply with the December 29 Order and provide the same named Defendants in Section A. Parties on Pages Two and Two-A

as he has listed in the caption on Page One within thirty days of the date of the December 29 Order the Complaint and action will be dismissed without further notice.

Dated: January 10, 2006

Copies of this Minute Order mailed on January 10, 2006, to the following:

Bob Allen Custard
Reg. No. 02728-031
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk