IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-002654-ZLW

BOB ALLEN CUSTARD,

    Plaintiff,

v.

CHUCK TURNER,
W. WILLIAMSON,
MARIE BAILEY,
MICHAEL MORRISON,
C. CHESTER,
W. MONTGOMERY,
ROBERT A. HOOD,
UNITED STATES,
M. DUNLAP, and
W. HAYGOOD,

    Defendants.

## ORDER DENYING MAY 4, 2006, MOTION FOR RECONSIDERATION

This matter is before the Court on the second *pro se* Motion for Reconsideration submitted to the Court, on May 4, 2006, by Plaintiff Bob Custard, a federal prisoner currently held in the State of Colorado. Mr. Custard again asks the Court to set aside the March 28, 2006, Order that dismissed the instant action without prejudice and entered judgment in favor of Defendants and against Plaintiff. The Court must construe the Motion liberally, because Mr. Custard is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

On April 26, 2006, the Court denied Mr. Custard's April 12, 2006, Motion for Reconsideration, because he failed to assert in the April 12 Motion any reason

regarding the dismissal that would justify a decision by the Court to vacate the order of dismissal in the action. The Court has reviewed Mr. Custard's May 4, 2006, Motion for Reconsideration. The May 4 Motion again fails to assert any reason for justifying a decision to vacate the March 28 Order. The Motion is repetitive of Mr. Custard's April 12 Motion for Reconsideration and is an example of Plaintiff's continual submission of superfluous filings to the Court. The May 4, 2006, Motion, therefore, will be denied. Accordingly, it is

ORDERED that the Motion for Reconsideration submitted to the Court on May 4, 2006, is repetitive of Plaintiff's April 12, 2006, Motion for Reconsideration, is an example of Plaintiff's attempt to inundate the Court with superfluous filings, and, therefore, is denied.

DATED at Denver, Colorado, this 15 day of May, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02654-BNB

Bob Allen Custard
Reg. No. 02728-031
ADX – Florence
PO Box 8500
Florence, CO 81226


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  5-16-06

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                               Deputy Clerk